UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

For Online Publication Only

------------------------------------------------------------- x
DR. GERALD FINKEL, as Chairman of the Joint
Industry Board of the Electrical Industry,

Plaintiff,

- against -

CAPTRE ELECTRICAL SUPPLY CO. INC.,

Defendant.
------------------------------------------------------------- x

**ORDER ADOPTING REPORT
AND RECOMMENDATION AND
DIRECTING ENTRY OF
JUDGMENT**

14-CV-3584 (RJD) (JO)

DEARIE, District Judge

There being no objection to the report and recommendation of Magistrate Judge James Orenstein, dated July 31, 2015, and because this Court agrees with it, the report and recommendation is adopted in its entirety. The Clerk is directed to enter a default judgment for plaintiff against defendant Captre Electrical Supply Co. Inc. in the total amount of $217, 217.27, comprised of (1) $148,174.00 in withdrawal liability, (2) $31,116.54 in interest, (3) $31,116.54 in liquidated damages, (4) $5,895.50 in attorneys' fees, and (5) $914.69 in costs.

SO ORDERED.

Dated: Brooklyn, New York
       September /0, 2015

/s/ Judge Raymond J. Dearie

_____
RAYMOND J. DEARIE
United States District Judge